**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELINA DETTAMANTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYLES DAVIES,<br><br>　　　　Defendant. | Case No. CV 13-3484-MWF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Defendant's motion for terminating sanctions is granted, his request for further monetary sanctions is denied, and his motion to dismiss Plaintiff's emotional-distress-related claims is denied as moot. IT IS FURTHER ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: November 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE

1