UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELINA DETTAMANTI, | ) | Case No. CV 13-3484-MWF (JPR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| | ) | |
| MYLES DAVIES, | ) | |
| | ) | |
| Defendant. | ) | |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 1, 2016

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE